NIAGARA WOODWORKING COMPANY, Respondent, *v.*
OUSSANI CONSTRUCTION COMPANY et al., Appellants.

*Niagara ·Woodworking Co.* v. *Oussani Construction Co.*, 148
App. Div. 891, affirmed.
(Argued January 26, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered December 20, 1911, affirming a judgment in favor
of plaintiff entered upon a decision of the court on trial
at Special Term in an action to foreclose a mechanic's
lien.

*Otto C. Sommerich, Maxwell C. Katz* and *Lester F.*
*Dittenhoefer* for appellants.

*Frank M. Avery* and *Earl A. Darr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN and HOGAN, JJ. Not sitting:
MILLER, J.